**FILED**
Wednesday, 21 July, 2004  10:09:27 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BENEDICTO SALINAS DURAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 04-3154 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner's Motion to Set Aside and Vacate Sentence. This motion appears to be filed pursuant to 28 U.S.C. § 2255. This is the initial consideration of his petition as required by Rule 4(b) of the Rules Governing § 2255 Cases.

Upon review of the petition, the Court finds that summary dismissal is not warranted. Therefore, pursuant to Rule 4, the Court directs the United States Attorney to respond to Duran's motion. The response shall discuss the merit and the procedural posture of the petition and shall also indicate what transcripts of prior proceedings are available and can be furnished. See Rule 5 of the Rules Governing § 2255 Cases.

THEREFORE, the United States Attorney is ordered to file an answer to Swanson's petition, pursuant to Rule 5 of the Rules governing 28 U.S.C. § 2255 Proceedings. The answer shall be filed on or before September 20, 2004.

IT IS THEREFORE SO ORDERED.

ENTER:   July 21, 2004.

    FOR THE COURT:

                                        s/ Jeanne E. Scott
                                        JEANNE E. SCOTT
                            UNITED STATES DISTRICT JUDGE