AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**BENEDICTO SALINAS DURAN**

vs.                                              Case Number:   **04-3154**

**UNITED STATES OF AMERICA**

[ ]  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to order entered by The Honorable Jeanne E. Scott, Government's Motion for Summary Dismissal is ALLOWED.  Petitioner Duran's Motion to Set Aside and Vacate Sentence is DISMISSED.  All pending motions are denied as moot.  This case is closed.

ENTER this 3rd day of December, 2004

s/ John M. Waters
JOHN M. WATERS, CLERK

\_\_\_\_\_s/ G. Utsinger_____
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case

3:04-cv-03154-JES   # 10   Page 2 of 2

AO 450 (Rev. 5/85) Judgment in a Civil Case