E-FILED
Tuesday, 28 December, 2004 08:28:07 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
DEC 27 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BENEDICTO SALINAS DURAN,<br>PETITIONER, | )<br>)<br>) |
| VS. | No.04-3154<br>) |
| UNITED STATES OF AMERICA,<br>RESPONDENT. | HON.JUDGE JEANNE E.SCOTT<br>) |

## NOTICE OF APPEAL

On 12-3-04, this honorable court denied petitioner's sec 2255 motion on procedural grounds without reaching the merit of his sec 2255 meritorious claims. Under the auspices of Haines v.Kerner,404 U.S.519(1972), he now declare his intent to appeal this court's dismissal order to the Seventh circuit court of appeals.

Jurisdiction is hereby given to the Seventh circuit under 28 USC sec 2253. Petitioner now reserves his legal right to challenge any denial of certificate of appealability by this court. Petitioner's issues are debatable among the Seventh circuit's appellate jurists. It is worthy to note that this court refused to wait for the much expected release of the Supreme court's Blakely ruling in Booker and Fanfan before perversely denying petitioner his Blakely issue on grounds of non-retroactivity, and also applied the same ground on his Crawford issue. This is unfair and debatable among Seventh circuit's appellate jurists.

Petitioner herein attach his informa pauperis application and six months prison account statements to proceed on appeal, and he respectfully prays that this court grant it in the interest of justice.

Dated:9th day of December,2004.

Respectfully submitted,

*Benedicto Duran*
Benedicto Salinas Duran,#12705-026,
P.o.box 1000,
FCI-Milan,Michigan 48160