# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 12705026 | Current Institution: | Milan FCI |
| Inmate Name: | DURAN, BENEDICTO | Housing Unit: | F UNIT |
| Report Date: | 12/09/2004 | Living Quarters: | H01-129U |
| Report Time: | 10:23:01 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3975 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 4/18/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 12/7/2004 4:45:36 PM |
| Account Status: | Active |
| ITS Balance: | $13.85 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $88.34 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $88.34 |
| National 6 Months Deposits: | $1,124.54 |
| National 6 Months Withdrawals: | $1,145.35 |
| National 6 Months Avg Daily Balance: | $68.52 |
| Local Max. Balance - Prev. 30 Days: | $271.64 |
| Average Balance - Prev. 30 Days: | $45.23 |

## Commissary History

### Purchases

Validation Period Purchases: $212.25
YTD Purchases: $438.10
Last Sales Date: 12/7/2004 4:45:36 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $340.00
Expended Spending Limit: $204.85
Remaining Spending Limit: $135.15

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
| --- | --- | --- | --- | --- | --- |

## Comments

**Comments:**