04 CV 3154

1-8-05

Hon. Clerk,

As ordered by the judge, I enclose here with the completed appeals Court's informa pauperis. Please attach my six months account statements in your possession with this application. Thank you.

Sincerely,
Benedicto Duran.

FILED
JAN 1 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS