36, APPEAL, CLOSED, HABEAS

# U.S. District Court
## Central District of Illinois (Springfield)
### CIVIL DOCKET FOR CASE #: 3:04-cv-03154-JES
### Internal Use Only

Duran v. USA
Assigned to: Judge Jeanne E. Scott
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 07/16/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Benedicto Salinas Duran**    represented by    **Benedicto Salinas Duran**
12705-026
MILAN
Federal Correctional Institution
PO Box 1000
Milan, MI 48160
734-439-1511
PRO SE

V.

**Respondent**

USA    represented by    **Timothy A Bass**
US ATTY
201 South Vine
Urbana, IL 61801
217-373-5875
Fax: 217-373-5891
Email: tim.bass@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) , filed by Benedicto Salinas Duran.(AJ, ilcd) (Entered: 07/19/2004) |
| 07/16/2004 | 2 | ***Remark: Copy of the criminal docket sheet, indictment and judgment and commitment order filed. (AJ, ilcd) (Entered: 07/19/2004) |
| 07/21/2004 | 3 | ORDER re [1] Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Benedicto Salinas Duran. Government given to 9/20/2004 to file an answer. Miscellaneous Deadline set for 9/20/2004. Entered by Judge |

| | | |
|---|---|---|
| | | Jeanne E. Scott on 7/21/04. (AJ, ilcd) (Entered: 07/21/2004) |
| 07/28/2004 | 5 | Copy of a Letter from Petitioner to Judge Scott (original letter in criminal case 01-30068). (AJ, ilcd) (Entered: 08/02/2004) |
| 07/29/2004 | 4 | MOTION to Supplement [1] Motion to Vacate/Set Aside/Correct Sentence (2255) by Petitioner Benedicto Salinas Duran. Responses due by 8/12/2004.(AJ, ilcd) (Entered: 07/29/2004) |
| 08/02/2004 | | TEXT ORDER: The Court has received a letter from Petitioner Salinas-Duran which is dated July 24, 2004, and file-stamped July 28, 2004. Salinas-Duran asks the Court to withdraw his Section 2255 Petition. This letter was filed in the court file for Salinas-Duran's criminal case (01-cr-30068), and not the pending Section 2255 case. The Court directs the Clerk of the Court to file a copy of this letter in the court file in case 04-cv-3154, the pending Section 2255 action. The Court has also received Salinas-Duran's Motion to Supplement his Section 2255 Petition (d/e 4). This Motion is dated July 27, 2004, and file-stamped July 29, 2004. In the Motion, Salinas-Duran asks to supplement his Section 2255 Petition. He also asks the Court to disregard the previous letter in which he asked the Court to withdraw his Section 2255 Petition. THEREFORE, Salinas-Duran's Motion to Supplement his Section 2255 Petition (d/e 4) is ALLOWED. If Salinas-Duran wishes to supplement his Section 2255 Petition, he is ordered to do so by August 20, 2004. The Court will disregard Salinas-Duran's letter dated July 24, 2004 and file-stamped July 28, 2004. The Government's Response to Salinas-Duran's Petition remains due on September 20, 2004. (cc: all counsel). Entered by Judge Jeanne E. Scott on 8/2/04. (AJ, ilcd) (Entered: 08/02/2004) |
| 08/19/2004 | 6 | MOTION to Supplement [1] Motion to Vacate/Set Aside/Correct Sentence (2255) by Petitioner Benedicto Salinas Duran. Responses due by 9/2/2004 (BR, ilcd) (Entered: 08/19/2004) |
| 08/31/2004 | 7 | MOTION for Summary Dismissal of Petitioner's Motion Pursuant to 28 U.S.C. Section 2255 by Respondent USA. Responses due by 9/14/2004. (AJ, ilcd) (Entered: 08/31/2004) |
| 09/13/2004 | 8 | RESPONSE to Government's Motion for Summary Dismissal filed by Petitioner Benedicto Salinas Duran. (MAS, ilcd) (Entered: 09/14/2004) |
| 12/03/2004 | 9 | ORDER. The Government's [7] Motion for Summary Dismissal is ALLOWED. Petitioner Duran's Motion to Set Aside and Vacate Sentence (d/e 1) is DISMISSED. All pending motions are denied as moot. This case is closed.. Entered by Judge Jeanne E. Scott on 12/3/2004. (GU, ilcd) (Entered: 12/03/2004) |
| 12/03/2004 | 10 | JUDGMENT in favor of Respondent and against Petitioner. (GU, ilcd) (Entered: 12/03/2004) |
| 12/27/2004 | 11 | NOTICE OF APPEAL as to 9 Order on Motion to Dismiss, by Benedicto Salinas Duran. (GU, ilcd) (Entered: 12/28/2004) |
| 12/27/2004 | 12 | MOTION for Leave to Appeal in forma pauperis by Petitioner Benedicto |

| | | |
|---|---|---|
| | | Salinas Duran. Responses due by 1/10/2005 (Attachments: # 1 Exhibit) (GU, ilcd) (Entered: 12/28/2004) |
| 12/28/2004 | 13 | Short Record of Appeal Sent to US Court of Appeals re 11 Notice of Appeal (GU, ilcd) (Entered: 12/28/2004) |
| 01/04/2005 | | TEXT ORDER: Petitioner has filed pro se: (1) a Notice of Appeal (d/e 11), which is treated as a Motion for Certificate of Appealability; and (2) a Motion for Leave to Appeal in forma pauperis [d/e 12]. Petitioner's Motion for Leave to Proceed In Forma Pauperis is incomplete. Petitioner is directed to file an affidavit containing the information set forth in Form 4 in the Appendix to the Federal Rules of Appellate Procedure by February 4, 2005. The Clerk is directed to provide Petitioner with a copy of Form 4 along with a copy of this Order. The Court will defer ruling on the two pending motions until the additional information is submitted. Entered by Judge Jeanne E. Scott on 1/4/2005. (cc: Petitioner, all counsel, copy of Form 4 mailed to petitioner)(GU, ilcd) (Entered: 01/04/2005) |
| 01/12/2005 | 14 | Letter from Benedicto Duran regarding compliance with the court's Text Order of 1/4/2005 (Attachment: # 1 Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis) (MAS, ilcd) (Entered: 01/18/2005) |
| 01/18/2005 | | *** Miscellaneous Deadline terminated - Petitioner complied with submitting affidavit. (GU, ilcd) (Entered: 01/19/2005) |
| 01/27/2005 | 0 | TEXT ORDER: The Court has received Petitioner Duran's Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis (d/e 14). Petitioner Duran's 12 Motion for Leave to Appeal in forma pauperis now complies with Federal Rule of Appellate Procedure 24(a)(1). THEREFORE, Petitioner Duran's Motion to Proceed on Appeal in Forma Pauperis (d/e 12) is ALLOWED . Entered by Judge Jeanne E. Scott on 1/26/2005. Copy mailed to USCA, petitioner (GU, ilcd) (Entered: 01/27/2005) |
| 03/14/2005 | 15 | ORDER: re 11 Notice of Appeal (treated by court as Motion for a Certificate of Appealability) filed by Benedicto Salinas Duran. Duran's Motion for a Certificate of Appealability (d/e 11) is DENIED . Entered by Judge Jeanne E. Scott on 3/14/2005. (GU, ilcd) (Entered: 03/14/2005) |