**E-FILED**
Friday, 18 March, 2005  08:51:20 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS
## SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

**FILED**

MAR 17 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   05-1617                 Docketed on: 3/11/05
Short Caption:         Duran, Benedicto S. v. USA
District Court Judge:  Jeanne E. Scott
District Court No.:    04 C 3154

If you have any questions regarding this appeal, please call this office.

(1003-012490)