E-FILED
Friday, 08 April, 2005 02:15:25 PM
Clerk, U.S. District Court, ILCD

05-1617



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

March 15, 2005

U.S.C.A.—7th Circuit
RECEIVED
MAR 16 2005  DW
GINO J. AGNELLO
CLERK

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

RE: Duran v. United States of America
D. C. Docket No. 04-3154
U. S. C. A. Docket No.

Dear Mr. Agnello:

I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

1 Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

**FILED**
APR 0 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

U.S.C.A.—7th Circuit
FILED
APR 0 5 2005  DW
GINO J. AGNELLO
CLERK
DOC. # [illegible]

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/ G. Utsinger
    Deputy Clerk