E-FILED
Wednesday, 03 August, 2005  03:22:36 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   August 1, 2005

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        151 U.S. Courthouse
        600 E. Monroe Street
        United States Courthouse & Federal Building
        Springfield, IL  62701

FROM:   Gino J. Agnello, Clerk

RE:     05-1617
        Duran, Benedicto S. v. USA
        04 C 3154, Jeanne E. Scott, Judge

        Herewith is the mandate of this court in this appeal, along
        with the Bill of Costs, if any.  A certified copy of the
        opinion/order of the court and judgment, if any, and any
        direction as to costs shall constitute the mandate.

        [ ] No record filed
        [X] Original record on appeal consisting of:

**ENCLOSED:**                                    **TO BE RETURNED AT LATER DATE:**

        [1]     Volumes of pleadings                      [ ]
        [ ]     Volumes of loose pleadings                [ ]
        [ ]     Volumes of transcripts                    [ ]
        [ ]     Volumes of exhibits                       [ ]
        [ ]     Volumes of depositions                    [ ]
        [ ]     In Camera material                        [ ]
        [ ]     Other_____

                Record being retained for use             [ ]
                in Appeal No. _____

        Copies of this notice sent to:       Counsel of record
        [ ]     United States Marshal
        [ ]     United States Probation Office

**NOTE TO COUNSEL:**
        If any physical and large documentary exhibits have been filed in
        the above-entitled cause, they are to be withdrawn ten days from the
        date of this notice.  Exhibits not withdrawn during this period will
        be disposed of.

        Please acknowledge receipt of these documents on the enclosed copy
        of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Received above mandate and record, if any, from the Clerk, U.S.
        Court of Appeals for the Seventh Circuit.

Date: _____8/2/05_____     _____
(1071-120397)                           Deputy Clerk, U.S. District Court

FILED
AUG 02 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**CERTIFIED COPY**

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted May 20, 2005
Decided June 9, 2005

Before

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| No. 05-1617 | |
| BENEDICTO S. DURAN,<br>*Petitioner-Appellant*, | Appeal from the United States District Court for the Central District of Illinois |
| v. | No. 04 C 3154 |
| UNITED STATES OF AMERICA,<br>*Respondent-Appellee*. | Jeanne E. Scott,<br>*Judge*. |

O R D E R

Benedicto Duran has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255, which we construe as an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is DENIED.

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit